```
                IN THE UNITED STATES DISTRICT COURT
               FOR THE MIDDLE DISTRICT OF GEORGIA
                         ATHENS DIVISION
```

| | |
|---|---|
| LOUIS E. WILLIAMS,           * | |
|     Plaintiff             * | |
| vs.                          * | CASE NO. 3:09-CV-122 (CDL) |
| MAIN STREET BANKING          * | |
| INSTITUTION, et al.,         * | |
|     Defendants            * | |

ORDER ON REPORT AND RECOMMENDATION

This matter is before the Court pursuant to a Report and Recommendation of the United States Magistrate Judge entered on November 23, 2009. Neither party has filed an objection to this Report and Recommendation as permitted by 28 U.S.C. § 636(b)(1), and therefore, the Court reviews the Report and Recommendation for plain error. Finding no plain error or manifest injustice, the Court adopts the Report and Recommendation of the Magistrate Judge and makes it the order of this Court. Accordingly, Plaintiff's complaint is dismissed for lack of subject matter jurisdiction.

IT IS SO ORDERED, this 22nd day of December, 2009.

                                                S/Clay D. Land
                                                  CLAY D. LAND
                                  UNITED STATES DISTRICT JUDGE